■ The PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAUL DEJESUS, Appellant. [55 NYS3d 650]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Bonnie G. Wittner, J.), rendered April 22, 2008, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Friedman, J.P., Renwick, Andrias, Moskowitz and Gesmer, JJ.

■ In the Matter of DC, Appellant, v SELFHELP COMMUNITY SERVICES, INC., Respondent. [55 NYS3d 650]—

Order, Supreme Court, New York County (Andrea Masley, J.), entered on or about March 3, 2016, which, to the extent appealed from as limited by the briefs, restored the guardianship proceeding to the calendar, reappointed the same court evaluator, and ordered an initial guardianship hearing on the petition, unanimously reversed, on the law, without costs, and the order vacated.

There was no basis to restore the proceeding, to reappoint the court evaluator or to schedule a hearing, because there was no request for this relief. Indeed, HRA has determined that DC is no longer eligible for adult protective services because she has "sufficient mental and physical capacity." Concur—Friedman, J.P., Renwick, Andrias, Moskowitz and Gesmer, JJ.